AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Connor C. Stevens<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br><br>1:12 MJ 3076 |

Mag. Judge White

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/20/12 through 4/30/12__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, Section 371 | Conspiracy |
| Title 18, Section 844(i) | Use of Explosive Materials |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan M. Taylor, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/01/2012

_____
*Judge's signature*

City and state: Cleveland, Ohio

Greg White, U.S. Magistrate Judge
*Printed name and title*