DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:12CR00238 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Brandon L. Baxter | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The request of defendant Brandon L. Baxter for the Court to recommend placement at the Federal Correctional Institution McKean is GRANTED.

The Court recommends for Brandon L. Baxter commitment at the Federal Correctional Institution McKean.

IT IS SO ORDERED.

  November 21, 2012                              */s/ David D. Dowd, Jr.*
Date                                                    David D. Dowd, Jr.
                                                               U.S. District Judge