UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Brandon L. Baxter, | ) | CASE NO. 1:12 CR 238 |
| | ) | 1:15 CV 2056 |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| Vs. | ) | |
| United States of America, | ) | **Judgment Entry** |
| Defendant. | ) | |

This Court, having issued its Memorandum of Opinion and Order denying petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 347), hereby enters judgment for respondent. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed.App.R. 22(b).

IT IS SO ORDERED.

/s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
Date: 12/18/15   United States District Judge