UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:12CR238 |
| | ) | |
| -vs- | ) | ORDER REGARDING SUPERVISED |
| | ) | RELEASE REVOCATION HEARING |
| ANTHONY MICHAEL HAYNE, | ) | |
| | ) | |
| Defendant, | ) | |

    A Supervised Release Revocation Hearing was held on March 28, 2019. Assistant U. S. Attorney Duncan Brown was present on behalf of the Government. Defendant Anthony Michael Hayne was present and represented by his counsel Michael O'Shea. Probation Officer Lisa Surman was present on behalf of the Probation Department. The defendant admits to the violations, to wit: illicit drug use, failure to attend cognitive behavioral therapy, and failure to attend mental health counseling. The Court finds these violations to be a Grade C.

    This Court hereby sentences the defendant, Anthony Michael Hayne, to the custody of the Bureau of Prisons for a period of four months. Upon release, the defendant is continued on life-time supervised release imposed at sentencing.

    IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
    PATRICIA A. GAUGHAN
    UNITED STATES DISTRICT COURT
Date  3/28/19    CHIEF JUDGE