UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| Plaintiff, | ) | CASE NO.:  1:12CR238 |
| | ) | |
| -vs- | ) | ORDER REGARDING SUPERVISED |
| | ) | RELEASE REVOCATION HEARING |
| ANTHONY HAYNE, | ) | |
| | ) | |
| Defendant, | ) | |

A Supervised Release Revocation Hearing was held on February 21, 2020.  Assistant U. S. Attorney Duncan Brown was present on behalf of the Government.  Defendant Anthony Hayne was present and represented by his counsel Michael O'Shea.  Probation Officer Matti Liebler was present on behalf of the Probation Department.  The defendant waived his right to an evidentiary hearing and admitted to violating the conditions of his supervised release, to wit: drug and alcohol use and violation conduct.  The Court finds the most serious violation to be a Grade A.

At the Parties' request, sentencing phase is continued to 3/23/2020 at 9:15 a.m. in Courtroom 19B.  Supplemental briefing on life-time supervised release is due 3/13/2020.

IT IS SO ORDERED.

                                               /s/ Patricia A. Gaughan
                                               Patricia A. Gaughan
Date   2/21/2020                United States District Court
                                               Chief Judge