UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:12CR238 |
| | ) | |
| -vs- | ) | |
| | ) | ORDER |
| ANTHONY HAYNE | ) | |
| | ) | |
| Defendant, | ) | |

    The sentencing phase of the Supervised Release Revocation Hearing was held on March 23,2020. Assistant U. S. Attorney Duncan Brown was present on behalf of the Government. Defendant Anthony Hayne was present and represented by his counsel Michael O'Shea. Probation Officer Matti Liebler was present on behalf of the Probation Department. On February 21,2020, the defendant waived his right to an evidentiary hearing and admitted to violating the conditions of his supervised release, to wit: drug and alcohol use and new law violation. The Court found the most serious violation to be a Grade A.

    This Court hereby sentences the defendant, Anthony Hayne, to the custody of the Bureau of Prisons for a period of 51 months. Credit for time served. Lifetime term of supervised release remains in effect for all the reasons stated in open court and on the record.

    IT IS SO ORDERED.

                                                           /s/ Patricia A. Gaughan
                                                           Patricia A. Gaughan
Date  3/23/2020                          United States District Court
                                                           Chief Judge